[No. 49064-8-I. Division One. July 29, 2002.]

WILLIAM A. SMITH, *Appellant*, v. SOLO WATERSPORTS, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 01-2-01035-2, Richard D. Eadie, J., entered July 23, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 49076-1-I. Division One. July 29, 2002.]

ANN STOCKTON, ET AL., *Respondents*, v. NENADIC INVESTMENTS, LTD., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 00-2-00975-3, James H. Allendoerfer, J., entered July 27, 2001. *Reversed* by unpublished opinion per Agid, J., concurred in by Becker, C.J., and Kennedy, J.

[No. 49138-5-I. Division One. July 29, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. DONAL NELTING, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-00247-0, Terence Lukens and Jay V. White, JJ., entered August 3, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 49167-9-I. Division One. July 29, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. LYNDA BALDERAMA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-00042-8, Carol A. Schapira, J., entered August 31, 2001. *Affirmed* by unpublished per curiam opinion.